# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff<br><br>v.<br><br>RICHARD DAVID CRAWFORD, et al.,<br><br>        Defendants | Case No.: 2:24-cv-01343-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendants Richard Crawford, Heather Crawford, and Kenndy Crawford's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by September 20, 2024.

DATED this 6th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE