# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>RICHARD DAVID CRAWFORD, et al.,<br><br>  Defendants | Case No.: 2:24-cv-01343-APG-BNW<br><br>**Order Denying Motions as Moot** |

In light of the parties' notice of settlement (ECF No. 30),

I ORDER that all pending motions **(ECF Nos. 10, 15, 22, 29) are DENIED as moot**, without prejudice to refiling them if the settlement does not finalize.

DATED this 25th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE