McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Cara T. Laursen
Nevada Bar No. 14563
  *cara.laursen@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for PLAINTIFF SAFECO
INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD DAVID CRAWFORD, an individual; HEATHER MARIE CRAWFORD, an individual; KENNEDY REESE CRAWFORD, an individual; ETHAN MICHAEL MANSUETO, an individual; DOE DRIVER I, an individual; DOE OWNER I, an individual or entity of unknown form; DOE DRIVERS II-V; DOE OWNERS II-V; ROE EMPLOYERS I-X; ROE COMPANIES I-X, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01343-APG-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff SAFECO INSURANCE COMPANY OF AMERICA, by and through their counsel of record, and Defendants RICHARD DAVID CRAWFORD, HEATHER MARIE CRAWFORD, KENNEDY REESE CRAWFORD, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against

1  Defendants RICHARD DAVID CRAWFORD, HEATHER MARIE CRAWFORD, KENNEDY
2  REESE CRAWFORD, and ETHAN MICHAEL MANSUETO, the parties to bear their own costs
3  and attorneys' fees.
4  IT IS SO STIPULATED.

Dated: April 30, 2025                                   Dated: April 30, 2025

BIGHORN LAW                                   McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

By: /s/Joshua Berrett                         By: /s/Jonathan W. Carlson
    JOSHUA BERRETT, ESQ.                          JONATHAN W. CARLSON, ESQ.
    Nevada Bar No.: 12697                         Nevada Bar No. 10536
    DAVID FINEGOLD, ESQ.                          PAMELA L. MCGAHA, ESQ.
    Nevada Bar No. 15220                          Nevada Bar No. 8181
    Attorneys for Defendants RICHARD              CARA T. LAURSEN, ESQ.
    DAVID CRAWFORD, HEATHER                       Nevada Bar No. 14563
    MARIE CRAWFORD, KENNEDY                       Attorneys for Plaintiff
    REESE CRAWFORD

## ORDER

IT IS SO ORDERED.

DATED this 1st day of May, 2025

_____
UNITED STATES DISTRICT COURT JUDGE or
DISTRICT COURT JUDGE